B1 (Official Form 1) (1/08)

| UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Rawhide Operating, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **1-83-0478188-5** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **P.O. Box 700 Telferner, TX**   ZIP CODE **77908** | Street Address of Joint Debtor (No. and Street, City, and State):   ZIP CODE |
| County of Residence or of the Principal Place of Business: **Bexar** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP CODE | Mailing Address of Joint Debtor (if different from street address):   ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):   ZIP CODE | |

### Type of Debtor
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

**Check one box:**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**B1 (Official Form 1) (1/08)** Page 2

| Voluntary Petition | Name of Debtor(s): **Rawhide Operating, Inc.** |
| --- | --- |
| *(This page must be completed and filed in every case.)* | |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |||
| --- | --- | --- |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor   (If more than one, attach additional sheet.) |||
| --- | --- | --- |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td align="center"><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition.</td>
<td align="center"><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br><b>X</b>_____<br>                                            Date</td></tr>
</table>

| Exhibit C |
| --- |
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ☑ No. |

| Exhibit D |
| --- |
| (To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| Information Regarding the Debtor - Venue |
| --- |
| (Check any applicable box.) |
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state |

| Certification by a Debtor Who Resides as a Tenant of Residential Property |
| --- |
| (Check all applicable boxes.) |
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.) |
| _____<br>(Name of landlord that obtained judgment) |
| _____<br>(Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the |
| ☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)). |

**B1 (Official Form 1) (1/08)** | **Page 3**

| Voluntary Petition | Name of Debtor(s): **Rawhide Operating, Inc.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

| Signature(s) of Debtor (s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor (s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

X _____

Telephone Number (If not represented by attorney) _____

Date _____

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X **/s/ R. GLEN AYERS, JR.** _____

**R. GLEN AYERS, JR.**     Bar No.**01467500**

**Langley & Banack, Inc.**
**745 E Mulberry Ave.**
**Ste. 900**
**San Antonio**
**Texas**
Phone No.**(210) 736-6600**     Fax **(210) 735-6889**

10/06/2009 _____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Rawhide Operating, Inc.**

X **/s/ Bennie Sparkman** _____
Signature of Authorized Individual

**Bennie Sparkman**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**10/06/2009**
Date

Address

_____

X _____

_____
Date
Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **Rawhide Operating, Inc.**

CASE NO

CHAPTER    **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1.  Debtor's employer identification number is___**1-83-0478188-5**_____.

2.  If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is_____**n/a**_____.

3.  The following financial data is the latest available information and refers to the debtor's condition on_____.

   a. Total Assets                 $0.00

   b. Total Liabilities          $8,089,682.80

| Secured debt | Amounts | Approximate number of holders |
|---|---|---|
| Fixed, liquidated secured debt | $7,775,000.00 | 7 |
| Contingent  secured debt | $0.00 | 0 |
| Disputed secured debt | $0.00 | 0 |
| Unliquidated secured debt | $0.00 | 0 |
| **Unsecured debt** | **Amounts** | **Approximate number of holders** |
| Fixed, liquidated unsecured debt | $314,682.80 | 107 |
| Contingent  unsecured debt | $0.00 | 0 |
| Disputed unsecured debt | $0.00 | 0 |
| Unliquidated unsecured debt | $0.00 | 0 |
| **Stock** | **Amounts** | **Approximate number of holders** |
| Number of shares of preferred stock | | |
| Number of shares of common stock | 1000 | 1 |

*Comments, if any*

4.  Brief description of debtor's business:
    *Oil and gas leases*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **Rawhide Operating, Inc.**

CASE NO

CHAPTER   **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

*Continuation Sheet No. 1*

---

5. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor:

   *Bennie Sparkman*

---

6. List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor:

---

I, _____**Bennie Sparkman**_____ , the _____**President**_____ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and that it is true and correct to the best of my information and belief.

Date: **10/06/2009**_____

Signature: __**/s/ Bennie Sparkman**_____
                     ***Bennie Sparkman***
                     **President**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **Rawhide Operating, Inc.**

CASE NO

CHAPTER   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | **$3,961.00** |
| Prior to the filing of this statement I have received: | **$3,961.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **10/06/2009** | **/s/ R. GLEN AYERS, JR.** |
| *Date* | *R. GLEN AYERS, JR.*    Bar No. 01467500 |
| | Langley & Banack, Inc. |
| | 745 E Mulberry Ave. |
| | Ste. 900 |
| | San Antonio |
| | Texas |
| | Phone: (210) 736-6600 / Fax: (210) 735-6889 |

---

   **/s/ Bennie Sparkman**
*Bennie Sparkman*
*President*

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:   **Rawhide Operating, Inc.**

Case No.

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar | (3) Nature of claim (trade debt, bank loan, | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Jim Kirby Consulting Service<br>P.O. Box 700<br>Telferner, TX 77988 | | Services | | **$21,499.47** |
| Texas Energy Services, LLC<br>P.O. Box 2108<br>Alice, TX 78333 | | Services | | **$17,589.80** |
| HRACO<br>P.O. Box 5619<br>Victoria, TX 77903 | | Services | | **$16,998.61** |
| P & S Perforators, Inc.<br>P.O. Box 3215<br>Victoria, TX 77903 | | Services | | **$15,050.00** |
| Vitex Wireline Serv., Inc.<br>P.O. Box 4311<br>Victoria, TX  77903 | | Services | | **$14,763.60** |
| Victoria Oilfield Rental &<br>Sales, Inc.<br>P.O. Box 3942<br>Victoria, TX 77903 | | Services | | **$14,621.79** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **Rawhide Operating, Inc.**

Case No.

Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar | (3) Nature of claim (trade debt, bank loan, | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| K&N Perforators, Inc. P.O. Box 3327 Victoria, TX 77903 | | Services | | **$14,325.00** |
| Water's Electric, Inc. 310 West Main Norman, OK  73069 | | Services | | **$11,910.34** |
| Hamman Swabbing Service, Inc. P.O. Box 615 El Campo, TX 77437 | | Services | | **$10,151.75** |
| BJ's Oilfield Construction Inc. P.O. Box 696 Hwy 62 and W. 7th St. Blanchard, OK 73010 | | Services | | **$9,733.83** |
| Asher Oilfield Specialty of Texas, LLC P.O. Box 95421 Oklahoma City, OK 73143 | | Services | | **$9,698.00** |
| J&P Services Inc. P.O. Box 207 Giddings, TX 78942 | | Services | | **$9,621.18** |
| Select Technologies, Ltd. 167 Industrial Drive Yorktown, TX 78164-5526 | | Services | | **$9,510.29** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **Rawhide Operating, Inc.**

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br>Name of creditor and complete<br>mailing address, including | (2)<br>Name, telephone number and<br>complete mailing address,<br>including zip code, of<br>employee, agent, or<br>department of creditor<br>familiar | (3)<br><br><br>Nature of claim (trade debt, bank loan, | (4)<br>Indicate if<br>claim is<br>contingent,<br>unliquidate<br>d,<br>disputed, or<br>subject to | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Victoria Fishing & Rental<br>P.O. Box 3405<br>Victoria, TX  77903 | | Services | | **$8,894.70** |
| Jones & Allen<br>P.O. Box 389<br>Ganado, TX 77962-0389 | | Services | | **$8,507.65** |
| Well Done Pump & Supply<br>7625 N. W. 3d St.<br>Oklahoma City, OK  73127 | | Services | | **$7,175.79** |
| Clearwater Disposal<br>Systems, LLC<br>P.O. Box 3910<br>Victoria, TX 77903-3910 | | Services | | **$6,726.30** |
| Mills Well Service<br>P.O. Box 871<br>Seminole, OK 74868 | | Services | | **$6,155.00** |
| Warrior Supply, Inc.<br>P.O. Box 4989<br>Victoria, TX 77903 | | Services | | **$6,022.51** |
| Viper SWD, LLC<br>402 Dam Rod.<br>El Campo, TX 77437 | | Services | | **$5,655.00** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:  **Rawhide Operating, Inc.**

Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____

named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the

best of my information and belief.


Date:___**10/06/2009**_____

Signature:___**/s/ Bennie Sparkman**_____
          *Bennie Sparkman*
          **President**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **Rawhide Operating, Inc.**

CASE NO

CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  10/06/2009

Signature   _/s/ Bennie Sparkman_
_Bennie Sparkman_
_President_

Date

Signature

5-K Services
1476 Coletoville Rd. S
Victoria, TX 77905


Allied Waste Services
P.O. Box 78829
Phoenix, AZ 85062-8829


American Pumping & Trucking
P.O. Box 268
Telferner, TX 79988


Asher Oilfield Specialty of Texas, LLC
P.O. Box 95421
Oklahoma City, OK 73143


AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463


B.P. Productions, Inc.
306 Mason Circle
Victoria, TX 77904


Best Chemical Corporation
P.O. Box 4284
Victoria, TX 77903


BJ's Oilfield Construction Inc.
P.O. Box 696
Hwy 62 and W. 7th St.
Blanchard, OK 73010

Capital One Bk (USA), NA
P.O. Box 60024
City of Industry, CA 91716-0024

Chase Card Services
Cardmember Service
P.O. Box 94014
Palatine, IL 60094-4014

City of Norman
Finance Dept/Revenue Collection
P.O. Box 5599
Norman, OK 73070

Clearwater Disposal Systems, LLC
P.O. Box 3910
Victoria, TX 77903-3910

Comal County Tax-Assessor Collector
178 E. Mill St. #101
New Braunfels, TX 78130

Cone Compression Services
P.O. Box 283
Fulshear, TX 77441

Continental Pump & Supply
1013 Hunters Circle
Victoria, TX 77905

Cross Roads Oil Field Supply Ltd.
P.O. Box 1549
El Campo, TX 77437

D&S Lease Service, Inc.
2042 Burroughsville Rd.
Victoria, TX 77905

Dru-Chem, Inc.
P.O. Box 1307
El Campo, TX 77437

Fitzpatrick Tubing Services
P.O. Box 1672
El Campo, TX 77437


Freeman Painting & Sandblasting
P.O. Box 95224
Oklahoma City, OK 73143


Genesis Commercial Capital
17551 Gillette Avenue
Irvine, CA 92614


GEO International Management, LLC
1131 Babcock, Suite 250
San Antonio, TX 78201-6906


Guadalupe Valley Electric Cooperative
P.O. Box 118
Gonzales, TX 78629


Hamman Swabbing Service, Inc.
P.O. Box 615
El Campo, TX 77437


Hilb Rogal & Hobbs
676870-LBX Number Houston
P.O. Box 676870
Dallas, TX 75267-6870

Holz Consulting
c/o Jan Scott
Anderson, Smith, Null Sofer, LLP
One Oconnor Plaza

HRACO
P.O. Box 5619
Victoria, TX 77903

HSBC Card Services
P.O. Box 60102
City of Industry, CA 91716-0102


IHS Energy
Department 142
Denver, CO 80271-0142


International Bank of Commerce
6411 N. Navarro
Victoria, TX 77904


J&J Technical Services, LLC
P.O. Box 1216
Ruston, LA 71273


J&P Services Inc.
P.O. Box 207
Giddings, TX 78942


J-W Back Off Services
Lockbox 970490
Dallas, TX 75397-0490


Jackson County Vacuum Truck Service
P.O. Box 278
Ganado, Tx 77962


Janet S. Miller
% Richard Chapman
Anderson Smith Null Stofer, LLP
One Oconnor Plaza

Jim Kirby Consulting Service
P.O. Box 700
Telferner, TX 77988

Jones & Allen
P.O. Box 389
Ganado, TX 77962-0389


Josie's Cleaning Service
P.O. Box 7081
Victoria, TX 77903


K&N Perforators, Inc.
P.O. Box 3327
Victoria, TX 77903


Ken Karger
1541 Redrock
New Braunfels, TX 78132


Ken Karger



Kinsey Sand
P.O. Box 1795
Noble, OK 73068


Klotzman Law Firm
603 E. Mesquite Ln.
Victoria, TX 77901


Laser Gathering Company II, LLC
Attention: Christy Morgan
333 Clay Street, Suite 4500
Houston, TX 77002

Lavaca County Tax Office
P.O. Box 293
Hallettsville, TX 77964

```
LEAF
P.O. Box 643172
Cincinnati, OH 45264-3172


Lone Star Overnight
P.O. Box 149225
Austin, TX 78714-9225


Majefski Mechanic Service
P.O. Box 278
Telferner, TX 77988


Margaret M Kallus Tax Assessor-Collector
Lavaco County
P.O. Box 239
204 E Fourth Street


Mario De La Garza




Mark S. & Melvin Klotzman
Building Account
P.O. Box 3723
Victoria, TX 77903

Matagorda Country Tax-Assessor Collector
Matagorda Cnt. Ct. House
1700 7th St. #203
Bay City, TX  78130

Matagorda Oilfield Specialty, Inc.
3586 FM 2668
Bay City, TX 77414


Mills Well Service
P.O. Box 871
Seminole, OK 74868
```

New Braunfels Title

New Braunfels, TX 78130


New Braunfels Utilities
P.O. Box 660
San Antonio, TX 78293-0660


Nueces Electric Cooperative
P.O. Box 103000
Victoria, TX 77903-3000


Oil Patch Petroleum, Inc.
1526 North Padre Island Drive
Corpus Christi, TX 78408


Oklahoma Electric Cooperative
P.O. Box 5481
Norman, OK 73070


Oklahoma Secretary of State
2300 N. Lincoln Blvd., Room 101
Oklahoma City, OK 73105-4897


Oklahoma Tax Commission
2501 North Lincoln Blvd.
Oklahoma City, OK 73194


P & S Perforators, Inc.
P.O. Box 3215
Victoria, TX 77903


Palacios ISD Tax Office
Rebecca S. Garcia, RTA
Palacios ISD Tax Assessor-Collector
1209 12th Street

Pam Lathrop Tax Assr/Coll
Lavaca Co Central Appraisal District
P.O. Box 348
113 N. Main St.

Patricia Ailene Harkins
P.O. Box 133
Taylor, TX 76574

Patrick L. Kubala, TAC
Wharton County Tax Assessor/Collector
P.O. Box 189
Wharton, TX 77488

Pentech Funding, LLC
Attn: Accounts Receivable
P.O. Box 790247
St. Louis, MO 63179

Phil A. Albrecht, Jr.
204 N. Liberty St.
Victoria, TX 77901

Pintech Financial Services, Inc.
910 E. Hamilton Ave., Suite 400
Campbell, CA 95008

Pipe Measurement Company, Inc.
P.O. Box 3254
Alice, TX 78333

Pitney Bowes
P. O. Box 38390
Louisville, KY  40233-08390

Reddy Disposals, LLC
P.O. Box 1718
Beeville, TX 78104

Rene Scherer, Tax Assessor-Collector
P.O. Box 2569
Victoria, TX 79902


Reserve Account
P.O. Box 856056
Louisville, KY 40285-6056


Richard T. Chapman
Anderson Smith Null * Stofer, LLP
One O'Connor Plaza
Victoria, TX 77901

Richard Wright
615 N. Upper Broadway, Suite 925
Corpus Christi, TX 78477


Robert W. Moore, CPA
71 Dry Creek Rd.
Victoria, TX 77905-3851


Roywell Services, Inc.
P.O. Box 1329
Bellaire, TX 77402-1329


Roywell Services, Inc.



Select Industries, Inc.
P.O. Box 2450
Wichita Falls, TX 76307-2450


Select Technologies, Ltd.
167 Industrial Drive
Yorktown, TX 78164-5526

Smith Chemtech
P.O. Box 200920
Dallas, TX 75320


Sooner Tool Company
P.O. Box 508
Kingfisher, OK 73750


Sparkman Well Service, Inc.
P.O. Box 112
6811 N. Hwy. 59
Victoria, TX 77902


State Comptroller




State of Texas
Office of Treasurer



Tanglewood Shores Owners Association
P.O. Box 103
Fischer, TX 78623-0103


Tech-Flo Consulting, LLC
11133 I-45 South, Bldg. D
Conroe, TX 77302


Texas Energy Services, LLC
P.O. Box 2108
Alice, TX 78333


Texas Perforators,Inc.
P.O. Box 5781
Kingsville, TX 78364-5781

The Cavins Corporation
3701 Kirby Dr., Suite 913
Houston, TX 77098


TXU Energy
P.O. Box 650638
Dallas, TX 75265-0638


Union Services, LLP
P.O. Box 325
Inez, TX 77968


Victoria Country Tax Assessor Collector
205 N. Bridge St. #101
Victoria, TX  77901


Victoria Equip. & Supply Co.
P.O. Box 3891
Victoria, TX 77903


Victoria Fishing & Rental
P.O. Box 3405
Victoria, TX  77903


Victoria Oilfield Rental & Sales, Inc.
P.O. Box 3942
Victoria, TX 77903


Viper SWD, LLC
402 Dam Rod.
El Campo, TX 77437


Viper Vacuum Services, LLC
402 Dam Rd.
El Campo, TX  77437

Vision Oilfield Services, LC
P.O. Box 3506
Victoria, TX 77903


Vitex Wireline Serv., Inc.
P.O. Box 4311
Victoria, TX  77903


Wallace Acid-Frac, LLC
P.O. Box 1281
Seminole, OK  74818


Warrior Supply, Inc.
P.O. Box 4989
Victoria, TX 77903


Washington Mutual Card Serv.
P.O. Box 660487
Dallas, TX  75266-0487


Water's Electric, Inc.
310 West Main
Norman, OK  73069


Well Done Pump & Supply
7625 N. W. 3d St.
Oklahoma City, OK  73127


West Texas Pump & Equip., Inc.
P.O. Box 216
Andrews, TX 79714


Wharton Country Tax Assessor Collector
P. O. Box 189
Wharton, TX 77488

Wharton County Elec. Co-Op
P. O. Box 31
El Campo, TX 77437


Willis of Texas, Inc.
1155 Dairy Ashford Suite 350
Houston, TX  77079-3012


WolfePak Software
2901 South 1st
Abilene, TX 79605