B6A (Official Form 6A) (12/07)

In re  **Rawhide Operating, Inc.**

Case No.  **09-53953**
(if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|
| Wiesner Lease and Equipment Wharton Co., TX | Fee simple | $200,000.00 | $1,700,000.00 |
| Lentz Lease and Equipment Victoria Co., Texas | Fee simple | $300,000.00 | $5,400,000.00 |
| Baily Lease and Equipment Lavaca County, TX | Fee simple | $300,000.00 | $5,400,000.00 |
| Spiller Lease and Equipment Calhoun County, TX | Fee simple | $300,000.00 | $1,700,000.00 |
| Batchelder Lease and Equipment (2 Wells) | Fee simple | $2,400,000.00 | $5,400,000.00 |
| Sartwell Lease and Equipment | Fee simple | $1,400,000.00 | $5,400,000.00 |
| MD Hubner Lease and Equipment | Fee simple | $300,000.00 | $5,400,000.00 |
| Office Building 755 N. Loop 337 New Braunfels, TX | Fee simple | $590,000.00 | $615,000.00 |
| Minzie Lease (Wells) Cleveland County, OK | Fee simple | $80,000.00 | $0.00 |
| Alic Hinkle Lease (2 Wells) Cleveland County, OK | Fee simple | $300,000.00 | $0.00 |
| M.B. Gray Lease Cleveland County, OK | Fee simple | $600,000.00 | $0.00 |
| | | Total: $6,770,000.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Rawhide Operating, Inc.**                                    Case No.  **09-53953**
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|---:|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | IBC<br>Victoria, TX<br>Checking Acct. No. xxxxxxx5926 | $274.00 |
| | | Wells Fargo<br>Victoria, TX<br>Prod. Royalty Acct. XXXXX7581 | $193.00 |
| | | Wells Fargo<br>Victoris, TX<br>Building Acct. XXXX8084 | $130.00 |
| | | Wells Fargo<br>Victoria, TX<br>Savings Acct. XXXX2920 | $498.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Nueces Electric | $2,500.00 |
| | | TXU | $2,500.00 |
| | | Others | Unknown |
| | | RR Communication | $50,000.00 |
| | | Hassie Hunt - Batchelder | $150,000.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Rawhide Operating, Inc.**                                      Case No.  __09-53953_____

                                                                                  (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities.  Itemize and name each issuer. | X | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | | Note (secured) by J. Bowden Collateral:  827 West Mariwether, New Braunfels, TX | $127,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Rawhide Operating, Inc.**                                       Case No.    **09-53953**
                                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|---:|
| 16. Accounts receivable. | X | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Oklahoma license or franchise | Unknown |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Rawhide Operating, Inc.                              Case No.  __09-53953_____
                                                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | Computers, software | $40,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Equipment treated as fixtures on oil and gas leases | $0.00 |
| | | 16' Trailer | $1,200.00 |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Rawhide Operating, Inc.**                    Case No.  __09-53953_____
                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____4_____ continuation sheets attached   **Total >**   $374,295.00

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re   **Rawhide Operating, Inc.**                                    Case No.   **09-53953**
                                                                                   (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:   ☐   Check if debtor claims a homestead exemption that excee
(Check one box)                                                        $136,875.
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re  Rawhide Operating, Inc.    Case No.  09-53953
                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: <br><br> Comal County Tax-Assessor Collector <br> 178 E. Mill St. #101 <br> New Braunfels, TX 78130 | | DATE INCURRED: **Various** <br> NATURE OF LIEN: <br> **Statutory lien** <br> COLLATERAL: <br> **Real Estate** <br> REMARKS: <br> Personal property taxes <br><br> VALUE: $0.00 | | | | **Unknown** | **Unknown** |
| ACCT #: <br><br> Holz Consulting <br> c/o Jan Scott <br> Anderson, Smith, Null Sofer, LLP <br> One Oconnor Plaza <br> Victoria, TX  77901 | X | DATE INCURRED: **various** <br> NATURE OF LIEN: <br> **Deed of Trust; Security Agreement** <br> COLLATERAL: <br> **Real Property and Personal Proper** <br> REMARKS: <br><br> VALUE: $2,000,000.00 | | | | $1,760,000.00 | |
| ACCT #: <br><br> Janet S. Miller <br> c/o Richard Chapman <br> Anderson Smith Null Stofer, LLP <br> One Oconnor Plaza <br> Victoria, TX  77901 | X | DATE INCURRED: **various** <br> NATURE OF LIEN: <br> **Deeds of Trust; Sec. Agreement** <br> COLLATERAL: <br> **Real and Personal Property** <br> REMARKS: <br> (Total = $5.4 cross collateral w/affiliate) <br><br> VALUE: $6,000,000.00 | | | | $5,400,000.00 | |
| ACCT #: <br><br> Ken Karger <br> 1541 Redrock <br> New Braunfels, TX 78132 | | DATE INCURRED: **Various** <br> NATURE OF LIEN: <br> **Real Property** <br> COLLATERAL: <br> **755 N. Loop 337, New Braunfels, T** <br> REMARKS: <br><br> VALUE: $650,000.00 | | | | $590,000.00 | |
| | | Subtotal (Total of this Page) > | | | | $7,750,000.00 | $0.00 |
| | | Total (Use only on last page) > | | | | | |

____2____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities

B6D (Official Form 6D) (12/07) - Cont.

In re  **Rawhide Operating, Inc.**                    Case No. ___09-53953_____
                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Matagorda Country Tax-Assessor Collec**<br>**Matagorda Cnt. Ct. House**<br>**1700 7th St. #203**<br>**Bay City, TX  78130** | | DATE INCURRED: **Various**<br>NATURE OF LIEN: **Statutory lien**<br>COLLATERAL: **Real Estate**<br>REMARKS: Property taxes<br><br>VALUE: **$2,000,000.00** | | | | **Unknown** | **Unknown** |
| ACCT #:<br>**Palacios ISD Tax Office**<br>**Rebecca S. Garcia, RTA**<br>**Palacios ISD Tax Assessor-Collector**<br>**1209 12th Street**<br>**Palacios, TX 77465-3799** | | DATE INCURRED: **Various**<br>NATURE OF LIEN: **Taxes**<br>COLLATERAL: **Real Estate**<br>REMARKS:<br><br>VALUE: **$518.21** | | | | **$518.21** | |
| ACCT #:<br>**Pam Lathrop Tax Assr/Coll**<br>**Lavaca Co Central Appraisal District**<br>**P.O. Box 348**<br>**113 N. Main St.**<br>**Hallettsville, TX 77964-0348** | | DATE INCURRED: **Various**<br>NATURE OF LIEN: **Taxes**<br>COLLATERAL: **Real Estate**<br>REMARKS:<br><br>VALUE: **$0.00** | | | | **$3,000.00** | **$3,000.00** |
| ACCT #:<br>**Patrick L. Kubala, TAC**<br>**Wharton County Tax Assessor/Collector**<br>**P.O. Box 189**<br>**Wharton, TX 77488** | | DATE INCURRED:<br>NATURE OF LIEN:<br>COLLATERAL: **Real Estate**<br>REMARKS:<br><br>VALUE: **$0.00** | | | | **$0.00** | |

Sheet no. ___1___ of _2_____ continuation sheets attached      Subtotal (Total of this Page) >      $3,518.21      $3,000.00
to Schedule of Creditors Holding Secured Claims       Total (Use only on last page) >

| (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re  **Rawhide Operating, Inc.**                                  Case No.   **09-53953**
                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Patrick L. Kubala, TAC**<br>**Wharton County Tax Assessor/Collector**<br>**P.O. Box 189**<br>**Wharton, TX 77488** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Real Estate**<br>REMARKS:<br><br>VALUE:                    $0.00 | | | | Unknown | Unknown |
| ACCT #:<br><br>**Rene Scherer, Tax Assessor-Collector**<br>**P.O. Box 2569**<br>**Victoria, TX 79902** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Real Estate**<br>REMARKS:<br><br>VALUE:                    $0.00 | | | | Unknown | Unknown |
| ACCT #:<br><br>**Victoria Country Tax Assessor Collector**<br>**205 N. Bridge St. #101**<br>**Victoria, TX  77901** | | DATE INCURRED:          **Various**<br>NATURE OF LIEN:<br>**Statutory lien**<br>COLLATERAL:<br>**Real Estate**<br>REMARKS:<br>**Property taxes**<br><br>VALUE:                    $0.00 | | | | Unknown | Unknown |
| ACCT #:<br><br>**Wharton Country Tax Assessor Collecto**<br>**P. O. Box 189**<br>**Wharton, TX 77488** | | DATE INCURRED:          **Various**<br>NATURE OF LIEN:<br>**Statutory lien**<br>COLLATERAL:<br>**Real Estate**<br>REMARKS:<br>**Property taxes**<br><br>VALUE:                    $0.00 | | | | Unknown | Unknown |

Sheet no.  **2**  of **2**  continuation sheets attached   Subtotal (Total of this Page) >  | **$0.00** | **$0.00** |
to Schedule of Creditors Holding Secured Claims  Total (Use only on last page) >  | **$7,753,518.21** | **$3,000.00** |

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities

B6E (Official Form 6E) (12/07)

In re **Rawhide Operating, Inc.** _____     Case No.  **09-53953** _____

                                                                                      (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS     (Check the appropriate box(es) below if claims in that category are listed on the attached

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian,
or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to
qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use,

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors
of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of

_____ **No** _____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Rawhide Operating, Inc.**                                                  Case No.   **09-53953**
                                                                                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **5-K Services** <br> **1476 Coletoville Rd. S** <br> **Victoria, TX 77905** | | DATE INCURRED: **Various** <br> CONSIDERATION: **Services** <br> REMARKS: | | | | $319.82 |
| ACCT #: <br> **Allied Waste Services** <br> **P.O. Box 78829** <br> **Phoenix, AZ 85062-8829** | | DATE INCURRED: **Various** <br> CONSIDERATION: **Services** <br> REMARKS: | | | | $222.97 |
| ACCT #: <br> **American Pumping & Trucking** <br> **P.O. Box 268** <br> **Telferner, TX 79988** | | DATE INCURRED: **Various** <br> CONSIDERATION: **Services** <br> REMARKS: | | | | $25,023.50 |
| ACCT #: <br> **Asher Oilfield Specialty of Texas, LLC** <br> **P.O. Box 95421** <br> **Oklahoma City, OK 73143** | | DATE INCURRED: **Various** <br> CONSIDERATION: **Services** <br> REMARKS: | | | | $9,698.00 |
| ACCT #: <br> **AT & T** <br> **SOUTHWEST CREDIT SYSTEMS, INC.** <br> **P.O. BOX 115151** <br> **CARROLLTON, TX  75011-5151** | | DATE INCURRED: **Various** <br> CONSIDERATION: **Services** <br> REMARKS: | | | | $736.36 |
| ACCT #: <br> **AT&T Mobility** <br> **P.O. Box 6463** <br> **Carol Stream, IL 60197-6463** | | DATE INCURRED: **Various** <br> CONSIDERATION: **Services** <br> REMARKS: | | | | $254.92 |

Subtotal >   $36,255.57

Total >

_____14_____ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rawhide Operating, Inc.**                                   Case No.   **09-53953**
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**AT&T Mobility**<br>P.O. Box 6463<br>Carol Stream, IL 60197-6463 | | DATE INCURRED:<br>CONSIDERATION: **Various**<br>**Services**<br>REMARKS: | | | | $390.56 |
| ACCT #:<br>**ATTORNEY GENERAL**<br>601 N.W. LOOP 410 #600<br>SAN ANTONIO, TX 78216-5512 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Best Chemical Corporation**<br>P.O. Box 4284<br>Victoria, TX 77903 | | DATE INCURRED:<br>CONSIDERATION: **Various**<br>**Services**<br>REMARKS: | | | | $1,400.00 |
| ACCT #:<br>**BJ's Oilfield Construction Inc.**<br>P.O. Box 696<br>Hwy 62 and W. 7th St.<br>Blanchard, OK 73010 | | DATE INCURRED:<br>CONSIDERATION: **Various**<br>**Services**<br>REMARKS: | | | | $9,733.83 |
| ACCT #:<br>**C-6 Enterprises**<br>290 Blevins Rd.<br>Seadrift, TX 77983 | | DATE INCURRED:<br>CONSIDERATION: **Various**<br>**Services**<br>REMARKS: | | | | $596.00 |
| ACCT #:<br>**Capital One Bk (USA), NA**<br>P.O. Box 60024<br>City of Industry, CA 91716-0024 | | DATE INCURRED:<br>CONSIDERATION: **Various**<br>**Services**<br>REMARKS: | | | | $5,693.28 |

Sheet no. __1__ of __14__ continuation sheets attached to                    Subtotal >                   $17,813.67
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                   Total >
                              (Use only on last page of the completed Schedule F.)
                              (Report also on Summary of Schedules and, if applicable, on the
                              Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rawhide Operating, Inc.**

Case No.  **09-53953**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Capital One Bk (USA), NA**<br>P.O. Box 60024<br>City of Industry, CA 91716-0024 | | DATE INCURRED: **Various**<br>CONSIDERATION: **Services**<br>REMARKS: | | | | $4,000.00 |
| ACCT #:  **xxxx7725**<br>**Capital One Bk (USA), NA**<br>P.O. Box 60024<br>City of Industry, CA 91716-0024 | | DATE INCURRED: **Various**<br>CONSIDERATION: **Services**<br>REMARKS: | | | | $6,076.44 |
| ACCT #:<br>**Chase Card Services**<br>**Cardmember Service**<br>P.O. Box 94014<br>Palatine, IL 60094-4014 | | DATE INCURRED: **Various**<br>CONSIDERATION: **Services**<br>REMARKS: | | | | $17,542.63 |
| ACCT #:<br>**Citibank, N.A.**<br>P.O. Box 209012<br>Brooklyn, NY 11220-9012 | | DATE INCURRED: **Various**<br>CONSIDERATION: **Services**<br>REMARKS: | | | | $6,000.00 |
| ACCT #:<br>**Clearwater Disposal Systems, LLC**<br>P.O. Box 3910<br>Victoria, TX 77903-3910 | | DATE INCURRED: **Various**<br>CONSIDERATION: **Services**<br>REMARKS: | | | | $6,726.30 |
| ACCT #:<br>**Cone Compression Services**<br>P.O. Box 283<br>Fulshear, TX 77441 | | DATE INCURRED: **Various**<br>CONSIDERATION: **Services**<br>REMARKS: | | | | $12,998.62 |

Sheet no.  **2**  of **14**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $53,343.99

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rawhide Operating, Inc.**                                  Case No.  **09-53953**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Continental Pump & Supply**<br>**1013 Hunters Circle**<br>**Victoria, TX 77905** | | DATE INCURRED:<br>CONSIDERATION: **Various**<br>**Services**<br>REMARKS: | | | | $12,375.63 |
| ACCT #:<br>**Cross Roads Oil Field Supply Ltd.**<br>**P.O. Box 1549**<br>**El Campo, TX 77437** | | DATE INCURRED:<br>CONSIDERATION: **Variou**<br>**Services**<br>REMARKS: | | | | $3,171.67 |
| ACCT #:<br>**D&S Lease Service, Inc.**<br>**2042 Burroughsville Rd.**<br>**Victoria, TX 77905** | | DATE INCURRED:<br>CONSIDERATION: **Various**<br>**Services**<br>REMARKS: | | | | $951.54 |
| ACCT #:<br>**Dewitt Poth & Son**<br>**P.O. Box 487**<br>**Yoakum, TX 77995** | | DATE INCURRED:<br>CONSIDERATION: **Various**<br>**Services**<br>REMARKS: | | | | $1,056.41 |
| ACCT #:<br>**Dru-Chem, Inc.**<br>**P.O. Box 1307**<br>**El Campo, TX 77437** | | DATE INCURRED:<br>CONSIDERATION: **Various**<br>**Services**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Fitzpatrick Tubing Services**<br>**P.O. Box 1672**<br>**El Campo, TX 77437** | | DATE INCURRED:<br>CONSIDERATION: **Various**<br>**Services**<br>REMARKS: | | | | $1,089.50 |

Sheet no. __3__ of __14__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $18,644.75

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Rawhide Operating, Inc.**                                      Case No.  **09-53953**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**FleetPride**<br>P.O. Box 874118<br>Dallas, TX 75284-7118 | | DATE INCURRED: **Various**<br>CONSIDERATION: **Services**<br>REMARKS: | | | | $105.31 |
| ACCT #:<br>**Flournoy Oil & Gas, Inc.**<br>13211 Sea Island Dr.<br>Houston, TX 77069 | | DATE INCURRED: **Various**<br>CONSIDERATION: **Well fees**<br>REMARKS: | | | | $15,000.00 |
| ACCT #:<br>**Freedom Oil & Equipment**<br>9326 PVT 6500<br>Sinton, TX 78387 | | DATE INCURRED: **Various**<br>CONSIDERATION: **Services**<br>REMARKS: | | | | $371.88 |
| ACCT #:<br>**Genesis Commercial Capital**<br>17551 Gillette Avenue<br>Irvine, CA 92614 | | DATE INCURRED: **Various**<br>CONSIDERATION: **Services**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**GEO International Management, LLC**<br>1131 Babcock, Suite 250<br>San Antonio, TX 78201-6906 | | DATE INCURRED: **Various**<br>CONSIDERATION: **Services**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Grahmann Production Service**<br>1676 Tipton<br>Inez, TX 77968 | | DATE INCURRED: **Various**<br>CONSIDERATION: **Goods and services**<br>REMARKS: | | | | $89.67 |

Sheet no. **4** of **14** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   | $15,566.86 |

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Rawhide Operating, Inc.__      Case No. __09-53953_____

                 (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Gregory Sales & Services, Inc.**<br>**114 Taylorcrest**<br>**Victoria, TX 77905** | | DATE INCURRED: **Various**<br>CONSIDERATION: **Goods and services**<br>REMARKS: | | | | $34.70 |
| ACCT #:<br>**Guadalupe Valley Electric Cooperative**<br>**P.O. Box 118**<br>**Gonzales, TX 78629** | | DATE INCURRED: **Various**<br>CONSIDERATION: **Services**<br>REMARKS: | | | | $266.20 |
| ACCT #:<br>**Hamm & Phillips Service Co., Inc.**<br>**P.O. Box 201653**<br>**Dallas, TX 75320** | | DATE INCURRED: **Various**<br>CONSIDERATION: **Goods and services**<br>REMARKS: | | | | $15,334.95 |
| ACCT #:<br>**Hamman Swabbing Service, Inc.**<br>**P.O. Box 615**<br>**El Campo, TX 77437** | | DATE INCURRED: **Various**<br>CONSIDERATION: **Services**<br>REMARKS: | | | | $10,151.75 |
| ACCT #:<br>**Hilb Rogal & Hobbs**<br>**676870-LBX Number Houston**<br>**P.O. Box 676870**<br>**Dallas, TX 75267-6870** | | DATE INCURRED: **Various**<br>CONSIDERATION: **Services**<br>REMARKS: | | | | $3,406.43 |
| ACCT #:<br>**HRACO**<br>**P.O. Box 5619**<br>**Victoria, TX 77903** | | DATE INCURRED: **Various**<br>CONSIDERATION: **Services**<br>REMARKS: | | | | $24,974.14 |

Sheet no. __5__ of __14_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

               Subtotal >   $54,168.17

               Total >

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Rawhide Operating, Inc.__                  Case No. __09-53953__ _____

                                                           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **HSBC Card Services** <br> **P.O. Box 60102** <br> **City of Industry, CA 91716-0102** | | DATE INCURRED: **Various** <br> CONSIDERATION: **Services** <br> REMARKS: | | | | $205.06 |
| ACCT #: **xxxx4353** <br> **HSBC Card Services** <br> **P.O. Box 60102** <br> **City of Industry, CA 91716-0102** | | DATE INCURRED: **Various** <br> CONSIDERATION: **Credit Card** <br> REMARKS: | | | | $2,354.93 |
| ACCT #: <br> **IHS Energy** <br> **Department 142** <br> **Denver, CO 80271-0142** | | DATE INCURRED: **Various** <br> CONSIDERATION: **Services** <br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **INTERNAL REVENUE SERVICE** <br> **SPECIAL PROCEDURES** <br> **PHILADELPHIA, PA 19255** | | DATE INCURRED: <br> CONSIDERATION: **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **International Bank of Commerce** <br> **6411 N. Navarro** <br> **Victoria, TX 77904** | | DATE INCURRED: **Various** <br> CONSIDERATION: **Services** <br> REMARKS: | | | | $0.00 |
| ACCT #: <br> **J&J Technical Services, LLC** <br> **P.O. Box 1216** <br> **Ruston, LA 71273** | | DATE INCURRED: **Various** <br> CONSIDERATION: **Services** <br> REMARKS: | | | | $0.00 |

Sheet no. __6__ of __14__ continuation sheets attached to                 **Subtotal >**     $2,559.99

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                     **Total >**

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rawhide Operating, Inc.**                                              Case No.   **09-53953**
                                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**J&P Services Inc.**<br>P.O. Box 207<br>Giddings, TX 78942 | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>Lease of personal property | | | | $14,115.82 |
| ACCT #:<br>**J-W Back Off Services**<br>Lockbox 970490<br>Dallas, TX 75397-0490 | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Jackson County Vacuum Truck Service**<br>P.O. Box 278<br>Ganado, Tx 77962 | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $4,168.00 |
| ACCT #:<br>**Jim Kirby Consulting Service**<br>P.O. Box 700<br>Telferner, TX 77988 | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $24,738.74 |
| ACCT #:<br>**Jones & Allen**<br>P.O. Box 389<br>Ganado, TX 77962-0389 | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $7,920.15 |
| ACCT #:<br>**K&N Perforators, Inc.**<br>P.O. Box 3327<br>Victoria, TX 77903 | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $14,325.00 |

Sheet no.   **7**   of**14**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $65,267.71

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rawhide Operating, Inc.**
Case No.   **09-53953**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Laser Gathering Company II, LLC**<br>**Attention: Christy Morgan**<br>**333 Clay Street, Suite 4500**<br>**Houston, TX 77002** | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $897.63 |
| ACCT #:<br>**LEAF**<br>**P.O. Box 643172**<br>**Cincinnati, OH 45264-3172** | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**Equipment lease** | | | | $0.00 |
| ACCT #:<br>**Majefski Mechanic Service**<br>**P.O. Box 278**<br>**Telferner, TX 77988** | | DATE INCURRED: **various**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $30,028.00 |
| ACCT #:<br>**Matagorda Oilfield Specialty, Inc.**<br>**3586 FM 2668**<br>**Bay City, TX 77414** | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $73.14 |
| ACCT #:<br>**Mills Well Service**<br>**P.O. Box 871**<br>**Seminole, OK 74868** | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $6,155.00 |
| ACCT #:<br>**New Braunfels Utilities**<br>**P.O. Box 660**<br>**San Antonio, TX 78293-0660** | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $333.55 |

Sheet no. __8__ of __14__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $37,487.32

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Rawhide Operating, Inc.                          Case No.   09-53953
                                                                  (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Nueces Electric Cooperative**<br>**P.O. Box 103000**<br>**Victoria, TX 77903-3000** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $3,329.97 |
| ACCT #:<br>**Oklahoma Electric Cooperative**<br>**P.O. Box 5481**<br>**Norman, OK 73070** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $613.00 |
| ACCT #:<br>**P & S Perforators, Inc.**<br>**P.O. Box 3215**<br>**Victoria, TX 77903** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $28,425.00 |
| ACCT #:<br>**Pentech Funding, LLC**<br>**Attn: Accounts Receivable**<br>**P.O. Box 790247**<br>**St. Louis, MO 63179** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**Lease purchase** | | | | $0.00 |
| ACCT #:<br>**Pitney Bowes**<br>**P. O. Box 38390**<br>**Louisville, KY  40233-08390** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Pumping Unit Service, Inc.**<br>**P.O. Box 712**<br>**Lindsay, OK 73052** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | $3,700.00 |

Sheet no.   9   of 14   continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $36,067.97

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Rawhide Operating, Inc.**          Case No. **09-53953**

                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Reddy Disposals, LLC**<br>**P.O. Box 1718**<br>**Beeville, TX 78104** | | DATE INCURRED: CONSIDERATION: **Various Services** REMARKS: | | | | $5,049.65 |
| ACCT #:<br>**Richard T. Chapman**<br>**Anderson Smith Null * Stofer, LLP**<br>**One O'Connor Plaza**<br>**Victoria, TX 77901** | | DATE INCURRED: CONSIDERATION: **Notice Only** REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Roywell Services, Inc.**<br>**P.O. Box 1329**<br>**Bellaire, TX 77402-1329** | | DATE INCURRED: CONSIDERATION: **Various Services** REMARKS: | | | | $6,100.00 |
| ACCT #:<br>**Sam's Packer & Supply, Inc.**<br>**P.O. Box 722833**<br>**Norman, OK 73070** | | DATE INCURRED: CONSIDERATION: **Various Goods and services** REMARKS: | | | | $556.04 |
| ACCT #:<br>**Select Industries, Inc.**<br>**P.O. Box 2450**<br>**Wichita Falls, TX 76307-2450** | | DATE INCURRED: CONSIDERATION: **Various Services** REMARKS: | | | | $211.14 |
| ACCT #:<br>**Select Technologies, Ltd.**<br>**167 Industrial Drive**<br>**Yorktown, TX 78164-5526** | | DATE INCURRED: CONSIDERATION: **Various Services** REMARKS: | | | | $11,263.01 |

Sheet no. __10__ of __14__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                           Subtotal >      $23,179.84

                                         Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rawhide Operating, Inc.**                                                 Case No.   <u>09-53953</u>
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Smith Chemtech**<br>**P.O. Box 200920**<br>**Dallas, TX 75320** | | DATE INCURRED: **Various**<br>CONSIDERATION: **Services**<br>REMARKS: | | | | $4,898.69 |
| ACCT #:<br>**Sparkman Well Service, Inc.**<br>**P.O. Box 112**<br>**6811 N. Hwy. 59**<br>**Victoria, TX 77902** | | DATE INCURRED: **Various**<br>CONSIDERATION: **Services**<br>REMARKS:<br>**Related company** | | | | $21,700.63 |
| ACCT #:<br>**Testers, Inc.**<br>**P.O. Box 83437**<br>**Oklahoma City, OK 73148-1437** | | DATE INCURRED: **Various**<br>CONSIDERATION: **Goods and services**<br>REMARKS: | | | | $3,648.16 |
| ACCT #:<br>**Texas Energy Services, LLC**<br>**P.O. Box 2108**<br>**Alice, TX 78333** | | DATE INCURRED: **Various**<br>CONSIDERATION: **Services**<br>REMARKS: | | | | $17,589.80 |
| ACCT #:<br>**Texas Perforators,Inc.**<br>**P.O. Box 5781**<br>**Kingsville, TX 78364-5781** | | DATE INCURRED: **Various**<br>CONSIDERATION: **Services**<br>REMARKS: | | | | $5,113.00 |
| ACCT #:<br>**The Cavins Corporation**<br>**3701 Kirby Dr., Suite 913**<br>**Houston, TX 77098** | | DATE INCURRED: **Various**<br>CONSIDERATION: **Services**<br>REMARKS: | | | | $1,175.13 |

Sheet no. __11__ of __14__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   | $54,125.41 |

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rawhide Operating, Inc.**                                      Case No.   **09-53953**
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**TXU Energy**<br>P.O. Box 650638<br>Dallas, TX 75265-0638 | | DATE INCURRED:<br>CONSIDERATION: **Various**<br>**Services**<br>REMARKS: | | | | $1,779.50 |
| ACCT #:<br>**United States Attorney**<br>**Taxpayer Division**<br>601 N.W. Loop 410 Suite 600<br>San Antonio, TX 78216-5512 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Victoria Equipment & Supply Co.**<br>P.O. Box 3891<br>Victoria, TX 77903 | | DATE INCURRED:<br>CONSIDERATION: **Various**<br>**Services**<br>REMARKS: | | | | $19,389.52 |
| ACCT #:<br>**Victoria Fishing & Rental**<br>P.O. Box 3405<br>Victoria, TX  77903 | | DATE INCURRED:<br>CONSIDERATION: **Various**<br>**Services**<br>REMARKS: | | | | $8,895.30 |
| ACCT #:<br>**Victoria Oilfield Rental & Sales, Inc.**<br>P.O. Box 3942<br>Victoria, TX 77903 | | DATE INCURRED:<br>CONSIDERATION: **Various**<br>**Services**<br>REMARKS: | | | | $17,457.27 |
| ACCT #:<br>**Viper SWD, LLC**<br>402 Dam Rod.<br>El Campo, TX 77437 | | DATE INCURRED:<br>CONSIDERATION: **Various**<br>**Services**<br>REMARKS: | | | | $6,981.00 |

Sheet no. __12__ of__14__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $54,502.59

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Rawhide Operating, Inc.__                                    Case No.  __09-53953_____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Vision Oilfield Services, LC**<br>**P.O. Box 3506**<br>**Victoria, TX 77903** | | DATE INCURRED:<br>CONSIDERATION: **Various**<br>**Services**<br>REMARKS: | | | | $1,206.99 |
| ACCT #:<br>**Vitex Wireline Serv., Inc.**<br>**P.O. Box 4311**<br>**Victoria, TX  77903** | | DATE INCURRED:<br>CONSIDERATION: **Various**<br>**Services**<br>REMARKS: | | | | $14,763.60 |
| ACCT #:<br>**W. E. Hayden Lease Service, Inc.**<br>**P.O. Box 290**<br>**Ganado, TX 77962** | | DATE INCURRED:<br>CONSIDERATION: **Various**<br>**Services**<br>REMARKS: | | | | $435.54 |
| ACCT #:<br>**Waldo L. Blanton**<br>**P.O. Box 1418**<br>**Noble, OK 73068** | | DATE INCURRED:<br>CONSIDERATION: **Various**<br>**Services**<br>REMARKS: | | | | $1,200.00 |
| ACCT #:<br>**Wallace Acid-Frac, LLC**<br>**P.O. Box 1281**<br>**Seminole, OK  74818** | | DATE INCURRED:<br>CONSIDERATION: **Various**<br>**Services**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Warrior Supply, Inc.**<br>**P.O. Box 4989**<br>**Victoria, TX 77903** | | DATE INCURRED:<br>CONSIDERATION: **Various**<br>**Services**<br>REMARKS: | | | | $10,969.75 |

Sheet no. __13__ of__14_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $28,575.88

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Rawhide Operating, Inc.**                                          Case No.   **09-53953**
                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Washington Mutual Card Serv.**<br>**P.O. Box 660487**<br>**Dallas, TX  75266-0487** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $3,035.02 |
| ACCT #:<br>**Water's Electric, Inc.**<br>**310 West Main**<br>**Norman, OK  73069** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $11,910.34 |
| ACCT #:<br>**Well Done Pump & Supply**<br>**7625 N. W. 3d St.**<br>**Oklahoma City, OK  73127** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $7,334.91 |
| ACCT #:<br>**Wharton County Elec. Co-Op**<br>**P. O. Box 31**<br>**El Campo, TX  77437** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $973.40 |
| ACCT #:<br>**Willis of Texas, Inc.**<br>**1155 Dairy Ashford Suite 350**<br>**Houston, TX  77079-3012** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $3,218.65 |
| | | | | | | |

Sheet no.   **14**        of **14**              continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $26,472.32

Total >   $524,032.04

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re **Rawhide Operating, Inc.**

Case No. **09-53953**
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Klotzman**<br>703 Mesquite<br>Victoria 77904 | Oral, month to month<br>lease of office space<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re  **Rawhide Operating, Inc.**                                    Case No.  <u>09-53953</u>
                                                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor

in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or

territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-

year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Sparkman Well Service**<br>P.O. Box 112<br>Victoria, Texas 77902 | **Janet S. Miller**<br>c/o Richard Chapman<br>Anderson Smith Null Stofer, LLP<br>One Oconnor Plaza<br>Victoria, TX  77901 |
| **Sparkman Well Services**<br>P.O. Box 112<br>Victoria, Texas 77902 | **Holz Consulting**<br>c/o Jan Scott<br>Anderson, Smith, Null Sofer, LLP<br>One Oconnor Plaza<br>Victoria, TX  77901 |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re  Rawhide Operating, Inc.

Case No.  **09-53953**

Chapter  **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $6,770,000.00 | | |
| B - Personal Property | No | 5 | $374,295.00 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | No | 3 | | $7,753,518.21 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | No | 15 | | $524,032.04 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 27 | $7,144,295.00 | $8,277,550.25 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Rawhide Operating, Inc.**                                              Case No.  **09-53953**

                                                                                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**29**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date  **11/12/2009**_____                Signature _~Bennie L. Sparkman~_____

                                                    **Bennie L. Sparkman**
                                                    **President**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or*
*both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (12/07)

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

In re:   **Rawhide Operating, Inc.**

Case No.  09-53953
(if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,

including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this

case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that

maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.

| AMOUNT | SOURCE |
|--------|--------|
| $537,324.73 | 2009 -- Income from Oil & Gas Production, Rental |
| $433,948.65 | 2008 -- Income from Oil & Gas Production, Rental |
| | 2007 -- Income from Oil & Gas Production , Rental |

---

**2. Income other than from employment or operation of business**

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the

two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other

debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that

constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account

---

None ☐

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately

preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than

$5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support

| NAME AND ADDRESS OF CREDITOR<br>See Attachment Labeled "SFA #3(b)" | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT PAID<br>OR VALUE OF<br>TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

---

None ☑

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors

who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both

B7 (Official Form 7) (12/07) - Cont.

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

In re: Rawhide Operating, Inc.

Case No. **09-53953**

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this

bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Case No. 09-08-0801 Roywell Service Inc. vs. Rawhide Operating, Inc. | Suit on account | 24tj Judicial District Court Calhoun County, Texas | Pending |

---

None ☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding

the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning

---

### 5. Repossessions, foreclosures and returns

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned

to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must

---

### 6. Assignments and receiverships

None ☑

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.

(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a

---

None ☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the

commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property

---

### 7. Gifts

None ☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual

gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100

---

### 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the

commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re:  **Rawhide Operating, Inc.**

Case No.  **09-53953**
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt

consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Langley & Banack, Inc. 745 E. Mulberry, Suite 900 San Antonio, TX 78212 | 10/6/09 | $5,000.00 ($3,961.00 for attorney's fees and $1,039.00 for filing fees) |

---

**10. Other transfers**

None ☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred

either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12

---

None ☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or

---

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise

transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts,

certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations,

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| American Bank 4304 N. Navarro Victoria, TX 77901 | Production Account No 381136 | $152.29 8/1/09 |
| American Bank 4304 N. Navarro Victoria, TX 77091 | Operating B2DG Account Acct No. 381144 | $83.20 8/1/09 |

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately

preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this

case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether

B7 (Official Form 7) (12/07) - Cont.

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re:    Rawhide Operating, Inc.

Case No.    09-53953
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

None ☑

### 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

---

None ☑

### 15. Prior address of debtor

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied

during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address

---

None ☑

### 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana,

Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic

substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or

regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated

by the debtor, including, but not limited to, disposal sites.

---

None ☑

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or

potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if

---

None ☑

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.

---

None ☑

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re: **Rawhide Operating, Inc.**

Case No. **09-53953**

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

**18. Nature, location and name of business**

None ☑

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership,
sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the
commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately
preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six

---

None ☑

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. §

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been,
within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of
more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or
self-employed in a trade, profession, or other activity, either full- or part-time.

---

**19. Books, records and financial statements**

None ☐

a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Robert Moore, CPA**<br>**71 Dry Creek Rd.**<br>**Victoria, TX 77905-3851** | **Start of Business to Present** |

---

None ☑

b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account

---

None ☑

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the

---

None ☑

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by

---

**20. Inventories**

None ☑

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re: **Rawhide Operating, Inc.**

Case No. **09-53953**
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None ☑

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

## 21. Current Partners, Officers, Directors and Shareholders

None ☑

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAG OF STOCK OWNERSHIP |
|---|---|---|
| Bennie L. Sparkman<br>206 California Blvd.<br>New Braunfels, TX 78130 | Sole Director, President, Sole Shareholder (Shares now issued to wife and children) | |

---

## 22. Former partners, officers, directors and shareholders

None ☑

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement

---

None ☑

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately

---

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form,

bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the

---

## 24. Tax Consolidation Group

None ☑

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax

purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the

---

## 25. Pension Funds

None ☑

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer,

has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re:  Rawhide Operating, Inc.

Case No. __09-53953_____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date __11/12/2009_____          Signature _____

**Bennie L. Sparkman**
**President**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

Rawhide Operating, Inc.
Ledger Listing
07/09/2009 thru 10/09/2009

*** Only Accounts 1010 thru 1010 are Included.  ***
*** Only Journals 70 thru 71 are Included.  ***
Balance Forward Option changed to  "None"

| Date | Reference | Jrnl | Description | Invoice# | Amount | Quantity |
|---|---|---|---|---|---|---|
| **1010  CKG - IBC #5926 - OPERATING** | | | | | | |
| 07/09/2009 | 5768 | 70 | Bay City Sand. Inc. | | 1,207.52- | Pd |
| 07/10/2009 | 5769 | 70 | Jimmy Blank | | 850.00- | Pd |
| 07/10/2009 | 5770 | 70 | Holz Consulting | | 5,713.53- | Pd |
| 07/10/2009 | 5771 | 70 | Flor Pineda | | 131.52- | Pd |
| 07/10/2009 | 5772 | 70 | Rodger Rosales | | 330.00- | Pd |
| 07/10/2009 | 5773 | 70 | Jimmy Blank | | 35.00- | Pd |
| 07/13/2009 | 5774 | 70 | Rodger Rosales | | 210.00- | Pd |
| 07/15/2009 | 5775 | 70 | VIPER SWD. LLC | | 2,145.00- | Pd |
| 07/15/2009 | 5776 | 70 | Flournoy Oil & Gas, Inc. | | 4,000.00- | Pd |
| 07/16/2009 | 5777 | 70 | TXU Energy | | 756.36- | Pd |
| 07/17/2009 | 5778 | 70 | Jimmy Blank | | 850.00- | Pd |
| 07/17/2009 | 5779 | 70 | Flor Pineda | | 131.52- | Pd |
| 07/17/2009 | 5780 | 70 | Jimmy Blank | | 35.00- | Pd |
| 07/17/2009 | 5781 | 70 | Gas Compressor Rentals | | 2,924.06- | Pd |
| 07/17/2009 | 5782 | 70 | Mark S. & Melvin Klotzman | | 550.00- | Pd |
| 07/17/2009 | 5783 | 70 | Martin Electric Co., Inc. | | 610.26- | Pd |
| 07/17/2009 | 5784 | 70 | Rodger Rosales | | 375.00- | Pd |
| 07/17/2009 | 5785 | 70 | Victoria Equipment & Supply Co. Inc. | | 1,423.27- | Pd |
| 07/17/2009 | 5786 | 70 | Gas Compressor Rentals | | 3,924.06- | Pd |
| 07/17/2009 | 5787 | 70 | Continental Pump & Supply | | 2,696.93- | Pd |
| 07/17/2009 | APV00060 | 71 | Void Chk# 5781 to Gas Compressor Rentals | | 2,924.06 | |
| 07/17/2009 | APV00061 | 71 | Void Chk# 5723 to Continental Pump & Supply | | 2,696.93 | |
| 07/20/2009 | 5788 | 70 | Holz Consulting | | 15,451.10- | Pd |
| 07/21/2009 | E0000112 | 71 | AT&T Mobility | | 254.92- | |
| 07/21/2009 | E0000146 | 71 | Chase Card Services | | 2,500.00- | Pd |
| 07/21/2009 | E0000147 | 71 | Chase Card Services | | 1,000.00- | Pd |
| 07/22/2009 | 5789 | 70 | Vicki Palmour | | 420.00- | Pd |
| 07/23/2009 | 5790 | 70 | City of Norman | | 1,125.00- | Pd |
| 07/23/2009 | 5791 | 70 | Nueces Electric Cooperative | | 2,221.39- | Pd |
| 07/23/2009 | 5792 | 70 | Oklahoma Electric Cooperative | | 2,497.00- | Pd |
| 07/24/2009 | 5793 | 70 | Jimmy Blank | | 850.00- | Pd |
| 07/24/2009 | 5794 | 70 | Continental Pump & Supply | | 5,000.00- | Pd |
| 07/24/2009 | 5795 | 70 | Holz Consulting | | 12,047.35- | Pd |
| 07/24/2009 | 5796 | 70 | Flor Pineda | | 131.52- | Pd |
| 07/24/2009 | 5797 | 70 | Rodger Rosales | | 330.00- | Pd |
| 07/24/2009 | 5798 | 70 | Jimmy Blank | | 35.00- | Pd |
| 07/24/2009 | 5799 | 70 | Reddy Disposals, LLC | | 1,658.45- | Pd |
| 07/24/2009 | APV00063 | 71 | Void Chk# 5308 to Asher Oilfield Specialty of Texas, LLC | | 2,838.00 | |
| 07/24/2009 | E0000148 | 71 | Chase Card Services | | 1,722.00- | Pd |
| 07/27/2009 | 5800 | 70 | Marshall T Richardson | | 2,000.00- | Pd |
| 07/27/2009 | APV00062 | 71 | Void Chk# 5801 to Bank Drafts | | 7,000.00 | |
| 07/28/2009 | 5802 | 70 | Rodger Rosales | | 150.00- | Pd |
| 07/31/2009 | 5803 | 70 | Jimmy Blank | | 850.00- | Pd |
| 07/31/2009 | 5804 | 70 | International Bank of Commerce | | 772.81- | Pd |
| 07/31/2009 | 5805 | 70 | P & S Perforators, Inc. | | 2,825.00- | Pd |
| 07/31/2009 | 5806 | 70 | Flor Pineda | | 131.52- | Pd |
| 07/31/2009 | 5807 | 70 | Rodger Rosales | | 817.50- | Pd |
| 07/31/2009 | 5808 | 70 | Jimmy Blank | | 35.00- | Pd |
| 07/31/2009 | APV00076 | 71 | Void Chk# 5644 to Daryl Garman | | 252.00 | |
| 07/31/2009 | APV00077 | 71 | Void Chk# 5658 to Daryl Garman | | 243.00 | |
| 07/31/2009 | APV00078 | 71 | Void Chk# 5664 to Daryl Garman | | 558.00 | |
| 07/31/2009 | APV00079 | 71 | Void Chk# 5687 to Daryl Garman | | 405.00 | |
| 07/31/2009 | APV00080 | 71 | Void Chk# 5702 to Daryl Garman | | 315.00 | |
| 07/31/2009 | APV00081 | 71 | Void Chk# 5720 to Daryl Garman | | 144.00 | |
| 07/31/2009 | APV00082 | 71 | Void Chk# 5727 to Daryl Garman | | 45.00 | |
| 07/31/2009 | APV00083 | 71 | Void Chk# 5740 to Daryl Garman | | 99.00 | |
| 08/03/2009 | 5809 | 70 | Holz Consulting | | 7,685.13- | Pd |
| 08/03/2009 | 5810 | 70 | Holz Consulting | | 14,192.19- | Pd |
| 08/03/2009 | 5811 | 70 | Oklahoma Secretay of State | | 35.00- | Pd |

**EXHIBIT**

tables

SFA 3(b)

[JOB NO. 6587]

☑002

11/12/2009 12:52 pm
Company:RAWOP

Rawhide Operating, Inc.
Ledger Listing
07/09/2009 thru 10/09/2009

Page 2

| Date | Reference | Jrnl | Description | Invoice# | Amount | | Quantity |
|------|-----------|------|-------------|----------|--------|--|----------|
| **1010  CKG - IBC #5926 - OPERATING <Continued>** | | | | | | | |
| 08/03/2009 | 5812 | 70 | Pentech Funding, LLC | | 1,475.17- | Pd | |
| 08/03/2009 | 5813 | 70 | Pentech Funding, LLC | | 1,833.15- | Pd | |
| 08/03/2009 | 5814 | 70 | LEAF | | 2,778.37- | Pd | |
| 08/03/2009 | 5815 | 70 | Jones & Allen | | 1,000.00- | Pd | |
| 08/04/2009 | 5816 | 70 | DRU-CHEM, INC. | | 164.40- | Pd | |
| 08/04/2009 | 5817 | 70 | DRU-CHEM, INC. | | 932.57- | Pd | |
| 08/05/2009 | 5818 | 70 | Bearing Supply | | 1,781.44- | Pd | |
| 08/05/2009 | 5819 | 70 | Holz Consulting | | 3,668.54- | Pd | |
| 08/05/2009 | E0000052 | 71 | Bank Drafts | | 771.48- | Pd | |
| 08/05/2009 | E0000053 | 71 | Bank Drafts | | 1,538.96- | Pd | |
| 08/05/2009 | E0000054 | 71 | Bank Drafts | | 234.24- | Pd | |
| 08/05/2009 | E0000055 | 71 | Bank Drafts | | 771.48- | Pd | |
| 08/05/2009 | E0000056 | 71 | Chase Card Services | | 2,200.00- | Pd | |
| 08/06/2009 | 5820 | 70 | Marshall T Richardson | | 2,000.00- | Pd | |
| 08/07/2009 | 5821 | 70 | Jimmy Blank | | 850.00- | Pd | |
| 08/07/2009 | 5822 | 70 | Holz Consulting | | 4,801.29- | Pd | |
| 08/07/2009 | 5823 | 70 | Flor Pineda | | 131.52- | Pd | |
| 08/07/2009 | 5824 | 70 | Rodger Rosales | | 810.00- | Pd | |
| 08/07/2009 | 5825 | 70 | Jimmy Blank | | 35.00- | Pd | |
| 08/07/2009 | 5826 | 70 | Rodger Rosales | | 1,012.50- | Pd | |
| 08/07/2009 | APV00064 | 71 | Void Chk# 5824 to Rodger Rosales | | 810.00 | | |
| 08/11/2009 | 5827 | 70 | Thomas Aparicio | | 560.00- | Pd | |
| 08/11/2009 | 5828 | 70 | Holz Consulting | | 5,713.53- | Pd | |
| 08/11/2009 | 5829 | 70 | Thomas Aparicio | | 2,500.00- | Pd | |
| 08/11/2009 | 5830 | 70 | Oil Patch Petroleum, Inc | | 1,476.86- | Pd | |
| 08/13/2009 | 5831 | 70 | Harold Bowers | | 1,000.00- | Pd | |
| 08/14/2009 | 5832 | 70 | Gas Compressor Rentals | | 1,500.00- | Pd | |
| 08/14/2009 | 5833 | 70 | Mark S. & Melvin Klotzman | | 550.00- | Pd | |
| 08/14/2009 | 5834 | 70 | Victoria Equipment & Supply Co. Inc. | | 2,283.15- | Pd | |
| 08/14/2009 | 5835 | 70 | Jimmy Blank | | 850.00- | Pd | |
| 08/14/2009 | 5836 | 70 | Flournoy Oil & Gas, Inc. | | 4,000.00- | Pd | |
| 08/14/2009 | 5837 | 70 | Flor Pineda | | 131.52- | Pd | |
| 08/14/2009 | 5838 | 70 | Rodger Rosales | | 915.00- | Pd | |
| 08/14/2009 | 5839 | 70 | Jimmy Blank | | 35.00- | Pd | |
| 08/14/2009 | E0000150 | 71 | Chase Card Services | | 750.00- | Pd | |
| 08/18/2009 | E0000151 | 71 | American Express | | 35.00- | Pd | |
| 08/19/2009 | 08850312 | 71 | Gas Compressor Rentals | | 1,500.00- | | |
| 08/19/2009 | 08850312 | 71 | Bearing Supply | | 1,861.44- | | |
| 08/19/2009 | 27010034 | 71 | Flor Pineda | | 131.52- | | |
| 08/19/2009 | 27010035 | 71 | Mark S. & Melvin Klotzman | | 550.00- | | |
| 08/19/2009 | 88503126 | 71 | Victoria Equipment & Supply Co. Inc. | | 2,283.15- | | |
| 08/19/2009 | APV00097 | 71 | Void Chk# 5832 to Gas Compressor Rentals | | 1,500.00 | | |
| 08/19/2009 | APV00098 | 71 | Void Chk# 5818 to Bearing Supply | | 1,781.44 | | |
| 08/19/2009 | APV00099 | 71 | Void Chk# 5834 to Victoria Equipment & Supply Co. Inc. | | 2,283.15 | | |
| 08/19/2009 | APV00100 | 71 | Void Chk# 5823 to Flor Pineda | | 131.52 | | |
| 08/19/2009 | APV00101 | 71 | Void Chk# 5833 to Mark S. & Melvin Klotzman | | 550.00 | | |
| 08/19/2009 | APV00102 | 71 | Void Chk# 5838 to Rodger Rosales | | 915.00 | | |
| 08/19/2009 | APV00103 | 71 | Void Chk# 88503126 to Victoria Equipment & Supply Co. Inc. | | 2,283.15 | | |
| 08/19/2009 | APV00104 | 71 | Void Chk# 27010035 to Mark S. & Melvin Klotzman | | 550.00 | | |
| 08/19/2009 | APV00105 | 71 | Void Chk# 27010034 to Flor Pineda | | 131.52 | | |
| 08/19/2009 | E0000046 | 71 | Bank Drafts | | 918.00- | Pd | |
| 08/19/2009 | E0000047 | 71 | Bank Drafts | | 1,504.00- | Pd | |
| 08/19/2009 | E0000048 | 71 | Bank Drafts | | 1,865.44- | Pd | |
| 08/19/2009 | E0000049 | 71 | Bank Drafts | | 2,287.15- | Pd | |
| 08/19/2009 | E0000050 | 71 | Bank Drafts | | 134.52- | Pd | |
| 08/19/2009 | E0000051 | 71 | Bank Drafts | | 553.00- | Pd | |
| 08/19/2009 | VD CK | 71 | To manually void ck#88503125 | | 1,861.44 | | |
| 08/19/2009 | VD CK | 71 | To manually void ck#88503124 | | 1,500.00 | | |
| 08/20/2009 | 5840 | 70 | Holz Consulting | | 15,451.10- | Pd | |
| 08/20/2009 | 5841 | 70 | Nueces Electric Cooperative | | 3,942.28- | Pd | |
| 08/20/2009 | 5842 | 70 | Oklahoma Electric Cooperative | | 2,123.00- | Pd | |
| 08/21/2009 | 5843 | 70 | Jimmy Blank | | 850.00- | Pd | |

11/12/2009 12:52 pm
Company:RAWOP

Rawhide Operating, Inc.
Ledger Listing
07/09/2009 thru 10/09/2009

Page 3

| Date | Reference | Jrnl | Description | Invoice# | Amount | Quantity |
|------|-----------|------|-------------|----------|--------|----------|
| 1010 | CKG - IBC #5926 - OPERATING <Continued> | | | | | |
| 08/21/2009 | 5844 | 70 | MI SWACO | | 2,457.41- | Pd |
| 08/21/2009 | 5845 | 70 | Flor Pineda | | 131.52- | Pd |
| 08/21/2009 | 5846 | 70 | Rodger Rosales | | 822.25- | Pd |
| 08/21/2009 | 5847 | 70 | Jimmy Blank | | 35.00- | Pd |
| 08/24/2009 | 5848 | 70 | Holz Consulting | | 12,047.35- | Pd |
| 08/25/2009 | 5849 | 70 | Wharton County Electric Cooperative, Inc | | 355.95- | Pd |
| 08/25/2009 | APV00106 | 71 | Void Chk# 5848 to Holz Consulting | | 12,047.35 | |
| 08/25/2009 | E0000152 | 71 | Chase Card Services | | 1,500.00- | Pd |
| 08/26/2009 | 5850 | 70 | Marshall T Richardson | | 2,000.00- | Pd |
| 08/26/2009 | 5851 | 70 | Tire Solutions, Inc. II | | 298.58- | Pd |
| 08/26/2009 | 5852 | 70 | Gas Compressor Rentals | | 2,424.06- | Pd |
| 08/26/2009 | 5853 | 70 | Melvin Klotzman Petr Consultant, Inc. | | 2,322.50- | Pd |
| 08/26/2009 | 5854 | 70 | Hamman Swabbing Service, Inc. | | 2,616.20- | Pd |
| 08/27/2009 | 88503127 | 70 | VIPER SWD. LLC | | 4,329.00- | Pd |
| 08/27/2009 | E0000056 | 71 | AICCO, Inc. | | 1,111.48- | Pd |
| 08/28/2009 | 5855 | 70 | Jimmy Blank | | 850.00- | Pd |
| 08/28/2009 | 5856 | 70 | Rodger Rosales | | 848.13- | Pd |
| 08/28/2009 | 5857 | 70 | Continental Pump & Supply | | 1,080.61- | Pd |
| 08/28/2009 | E0000153 | 71 | Chase Card Services | | 650.00- | Pd |
| 08/31/2009 | 5858 | 70 | Lee Love | | 1,750.00- | Pd |
| 08/31/2009 | 5859 | 70 | Warrior Supply, Inc. | | 2,743.35- | Pd |
| 09/03/2009 | 5860 | 70 | Hamman Swabbing Service, Inc. | | 2,616.20- | Pd |
| 09/03/2009 | 5861 | 70 | Oil Patch Petroleum, Inc | | 1,339.40- | Pd |
| 09/03/2009 | APV00107 | 71 | Void Chk# 5854 to Hamman Swabbing Service, Inc. | | 2,616.20 | |
| 09/04/2009 | 5862 | 70 | Jimmy Blank | | 850.00- | Pd |
| 09/04/2009 | 5863 | 70 | Rodger Rosales | | 1,469.13- | Pd |
| 09/08/2009 | 5864 | 70 | Nueces Electric Cooperative | | 4,000.77- | Pd |
| 09/10/2009 | 5865 | 70 | Guadalupe Valley Electric Cooperative | | 57.85- | Pd |
| 09/10/2009 | 5866 | 71 | New Braunfels Utilities | | 579.13- | |
| 09/11/2009 | 5867 | 71 | Continental Pump & Supply | | 1,049.54- | |
| 09/11/2009 | 5868 | 71 | Jimmy Blank | | 850.00- | Pd |
| 09/11/2009 | 5869 | 71 | Rodger Rosales | | 767.50- | Pd |
| 09/11/2009 | 5870 | 71 | Jimmy Blank | | 35.00- | Pd |
| 09/14/2009 | 5871 | 71 | Reddy Disposals, LLC | | 3,540.60- | |
| 09/16/2009 | 5872 | 71 | Flournoy Oil & Gas, Inc. | | 4,000.00- | Pd |
| 09/16/2009 | 5873 | 71 | Mechura Machine Works LLC | | 2,480.00- | |
| 09/16/2009 | 5874 | 71 | Cone Compression Services | | 1,144.38- | |
| 09/17/2009 | 5875 | 71 | Victoria Equipment & Supply Co. Inc. | | 1,465.09- | |
| 09/17/2009 | E0000154 | 71 | Chase Card Services | | 1,050.00- | Pd |
| 09/18/2009 | 5876 | 71 | Pipe Measurement Company, Inc | | 1,097.90- | |
| 09/18/2009 | 5877 | 71 | Jimmy Blank | | 850.00- | Pd |
| 09/18/2009 | 5878 | 71 | Continental Pump & Supply | | 2,867.77- | |
| 09/18/2009 | 5879 | 71 | Jimmy Blank | | 35.00- | Pd |
| 09/18/2009 | 5880 | 71 | Mark S. & Melvin Klotzman | | 560.00- | |
| 09/18/2009 | 5881 | 71 | Flor Pineda | | 131.52- | |
| 09/18/2009 | E0000155 | 71 | Oklahoma Electric Cooperative | | 2,568.68- | |
| 09/18/2009 | E0000156 | 71 | Guadalupe Valley Electric Cooperative | | 67.85- | |
| 09/21/2009 | 5883 | 71 | Holz Consulting | | 15,451.10- | Pd |
| 09/21/2009 | 5884 | 71 | Hamman Swabbing Service, Inc. | | 3,217.00- | |
| 09/21/2009 | 5886 | 71 | CITIBANK, N.A. | | 959.88- | |
| 09/21/2009 | 5887 | 71 | Cross Roads Oil Field Supply LTD | | 451.00- | |
| 09/21/2009 | E0000157 | 71 | TXU Energy | | 1,779.50- | |
| 09/22/2009 | E0000131 | 71 | Chase Card Services | | 500.00- | |
| 09/22/2009 | E0000132 | 71 | HSBC Card Services | | 600.00- | Pd |
| 09/22/2009 | E0000158 | 71 | Chase Card Services | | 1,200.00- | Pd |
| 09/23/2009 | 5888 | 71 | Jones & Allen | | 1,000.00- | |
| 09/24/2009 | 5889 | 71 | Wilson Calhoun | | 1,943.45- | |
| 09/25/2009 | 5893 | 71 | Jimmy Blank | | 850.00- | Pd |
| 09/25/2009 | 5894 | 71 | Flor Pineda | | 131.52- | Pd |
| 09/25/2009 | 5895 | 71 | Jimmy Blank | | 35.00- | Pd |
| 09/25/2009 | 5896 | 71 | Rober W. Long | | 408.00- | Pd |
| 09/25/2009 | 5897 | 71 | Rodger Rosales | | 580.00- | Pd |
| 09/28/2009 | 1667 | 71 | Holz Consulting | | 3,231.41- | |

11/12/2009 14:06   FROM-RAWHIDE OPERATIONS   1-361-532-8304   T-580   P005/005   F-884

11/12/2009 12:52 pm
Company:RAWOP

# Rawhide Operating, Inc.
## Ledger Listing
### 07/09/2009 thru 10/09/2009

Page 4

| Date | Reference | Jrnl | Description | Invoice# | Amount | Quantity |
|------|-----------|------|-------------|----------|--------|----------|
| 1010  CKG - IBC #5926 - OPERATING <Continued> | | | | | | |
| 09/28/2009 | 5898 | 71 | Baker Hughes | | 2,880.53- | Pd |
| 10/02/2009 | 1670 | 71 | Jimmy Blank | | 850.00- | |
| 10/02/2009 | 1671 | 71 | Miscellaneous Vendor | | 35.00- | |
| 10/02/2009 | 1672 | 71 | The Dunes Mobile Home Park | | 270.74- | |
| 10/02/2009 | 1673 | 71 | Baker Hughes | | 7,954.77- | |
| 10/02/2009 | 1674 | 71 | Flor Pineda | | 131.52- | |
| 1010   266,498.04- | | | YTD  Total | | 266,498.04-* | |

Grand Total≈ 266,498.04- #Detail: 190                              266,498.04-