**MOR-1**

UNITED STATES BANKRUPTCY COURT

CASE NAME: Rawhide Operating, Inc.
CASE NUMBER: 09-53953-lmc-11
PROPOSED PLAN DATE: _____

PETITION DATE: 10/06/09
DISTRICT OF TEXAS: Western
DIVISION: San Antonio

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH

| MONTH | Oct-09 | Nov-09 | Dec-09 | January Jan-10 | YEAR 2010 |
|---|---|---|---|---|---|
| REVENUES (MOR-6) | 84,707.80 | 108,482.34 | 122,706.41 | 89,254.68 | 0.00 |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | 53,633.36 | 44,953.62 | 19,738.30 | -34,716.47 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | 53,633.36 | 44,953.62 | 19,738.30 | -34,716.47 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 41,074.44 | 62,528.72 | 92,851.63 | 137,331.14 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE | | |
|---|---|---|---|---|
| CASUALTY | YES X | NO | | |
| LIABILITY | YES X | NO | | |
| VEHICLE | YES X | NO | | |
| WORKER'S | YES | NO | | |
| Well Control | YES X | NO | | |

Are all accounts receivable being collected within terms?
Are all post-petition liabilities, including taxes, being paid within terms?
Have all tax returns and other required government filings been timely paid?
Have any pre-petition liabilities been paid?
  If so, describe
Are all funds received being deposited into Debtor in Possession bank accounts?
Were any assets disposed of outside the normal course of business?
  If so, describe
Are all U.S. Trustee Quarterly Fee Payments current?
What is the status of your Plan of Reorganization? _____

CIRCLE ONE
Yes No
Yes No
Yes No
Yes No
Yes No
Yes No
Yes No

| INITIALS | |
| DATE | |
| UST USE ONLY | |

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _____ December 22, 2009
(ORIGINAL SIGNATURE)
Bennie L. Sparkman
(PRINT NAME OF SIGNATORY)
TITLE: President

ATTORNEY NAME: R. Glen Ayres, Jr.
FIRM NAME: Langley and Banack, Inc.
ADDRESS: 745 E. Mulberry, 9th Floor
CITY, STATE, ZIP: San Antonio, TX 78212
TELEPHONE/FAX: (210) 736-6600 / (210) 735-6889

MOR-1                                         DATE Revised 11/03/05

CASE NAME: Rawhide Operating, Inc.
CASE NUMBER: 09-53953-lmc-11

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 10/6/09 | MONTH Oct-09 | MONTH Nov-09 | MONTH Dec-09 | MONTH Jan-10 | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | -14,255.32 | 44,415.35 | 90,569.69 | 120,424.53 | 60,348.01 | | |
| Accounts Receivable, Net | 127,000.00 | 127,000.00 | 127,000.00 | 127,000.00 | 127,000.00 | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | | | | | | |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 112,744.68 | 171,415.35 | 217,569.69 | 247,424.53 | 187,348.01 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 6,811,200.00 | 6,811,200.00 | 6,811,200.00 | 6,811,200.00 | 6,811,200.00 | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | 6,811,200.00 | 6,811,200.00 | 6,811,200.00 | 6,811,200.00 | 6,811,200.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | |
| 3. Electric Deposit | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | | |
| 4. Batchelder | 150,000.00 | 150,000.00 | 150,000.00 | 150,000.00 | 150,000.00 | | |
| TOTAL ASSETS | $7,128,944.68 | $7,187,615.35 | $7,233,769.69 | $7,263,624.53 | $7,203,548.01 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-2

Revised 11/08/05

CASE NAME: Rawhide Operating, Inc.
CASE NUMBER: 09-53953-lmc-11

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 10/6/09 | MONTH Oct-09 | MONTH Nov-09 | MONTH Dec-09 | MONTH Jan-10 | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | 0.00 | 0.00 | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | 7,753,518.21 | 7,753,518.21 | 7,753,518.21 | 7,753,518.21 | 7,753,518.21 | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt: See Amended Schedule | 486,095.46 | 486,095.46 | 486,095.46 | 486,095.46 | 486,095.46 | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 8,239,613.67 | 8,239,613.67 | 8,239,613.67 | 8,239,613.67 | 8,239,613.67 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 8,239,613.67 | 8,239,613.67 | 8,239,613.67 | 8,239,613.67 | 8,239,613.67 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | 4,825.00 | | | | | |
| RETAINED EARNINGS: Filing Date | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | | 98,586.98 | 118,323.28 | 83,606.81 | 0.00 | 0.00 |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | 4,825.00 | 98,586.98 | 118,323.28 | 83,606.81 | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $8,239,613.67 | $8,244,438.67 | $8,338,200.65 | $8,357,936.95 | $8,323,220.48 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-3

Revised 11/08/05

CASE NAME: Rawhide Operating, Inc.
CASE NUMBER: 09-53953-lmc-11

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH<br>Oct-09 | MONTH<br>Nov-09 | MONTH<br>Dec-09 | MONTH<br>Jan-10 | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | 0.00 | | | | | |
| *TAX PAYABLE* | | | | | | |
| Federal Payroll Taxes | | | | | | |
| State Payroll Taxes | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

Revised 11/08/05

CASE NAME: Rawhide Operating, Inc.
CASE NUMBER: 09-53953-lmc-11

## AGING OF POST-PETITION LIABILITIES
MONTH January 2010

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES |
|---|---|---|---|---|---|
| 0-30 | 0.00 | 0.00 | | | |
| 31-60 | 0.00 | | | | |
| 61-90 | 0.00 | | | | |
| 91+ | 0.00 | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | |
|---|---|---|---|---|
| 0-30 DAYS | | | | |
| 31-60 DAYS | | | | |
| 61-90 DAYS | | | | |
| 91+ DAYS | | | | |
| TOTAL | | | | $0.00 |

Revised 11/08/05

MOR-5

CASE NAME: Rawhide Operating, Inc.
CASE NUMBER: 09-53953-lmc-11

## STATEMENT OF INCOME (LOSS)

| | MONTH Oct-09 | MONTH Nov-09 | MONTH Dec-09 | MONTH Jan-10 | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 94,707.80 | 108,482.34 | 122,706.41 | 89,254.68 | | | 415,151.23 |
| TOTAL COST OF REVENUES | 38,569.62 | 62,900.64 | 92,616.57 | 89,298.70 | | | 283,385.53 |
| GROSS PROFIT | 56,138.18 | 45,581.70 | 30,089.84 | -44.02 | 0.00 | 0.00 | 131,765.70 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | | | | | | | 0.00 |
| General & Administrative | 2,504.82 | 628.08 | 753.54 | 34,672.45 | | | 38,558.89 |
| Insiders Compensation | | | | | | | 0.00 |
| Professional Fees | | | 9,600.00 | | | | 9,600.00 |
| Other | | | | | | | 0.00 |
| Other | | | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | 2,504.82 | 628.08 | 10,353.54 | 34,672.45 | 0.00 | 0.00 | 48,158.89 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 53,633.36 | 44,953.62 | 19,736.30 | -34,716.47 | 0.00 | 0.00 | 83,606.81 |
| INTEREST EXPENSE | | | | | | | 0.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | 53,633.36 | 44,953.62 | 19,736.30 | -34,716.47 | 0.00 | 0.00 | 83,606.81 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | $53,633.36 | $44,953.62 | $19,736.30 | ($34,716.47) | $0.00 | $0.00 | $83,606.81 |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*
\* Footnote Mandatory.
\*\* *Unusual and/or infrequent Item(s) outside the ordinary course of business requires footnote.*

MOR-6

Revised 11/05/05

CASE NAME: Rawhide Operating, Inc.
CASE NUMBER: 09-53953-lmc-11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Oct-09 | MONTH Nov-09 | MONTH Dec-09 | MONTH Jan-10 | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | ($14,255.32) | $44,415.35 | $90,569.66 | $120,424.47 | $60,348.01 | | ($14,255.32) |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 92,762.80 | 105,502.04 | 114,905.68 | 87,081.29 | | | 400,251.81 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 1,945.00 | 2,980.30 | 7,615.60 | 1,945.00 | | | 14,485.90 |
| 4. LOANS & ADVANCES (attach list) | 4,825.00 | | | | | | 4,825.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | 212.31 | 200.69 | 185.16 | 228.39 | | | 826.55 |
| TOTAL RECEIPTS** | 99,745.11 | 108,683.03 | 122,706.44 | 89,254.68 | 0.00 | 0.00 | 420,389.26 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | -12,000.00 | | | -12,000.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | | | | 13,200.00 | | | 13,200.00 |
| 8. PAYROLL TAXES PAID | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | 11.53 | 10.17 | 12.95 | 500.00 | | | 534.65 |
| 10. SECURED/RENTAL/LEASES | 2,972.64 | 16,130.51 | 18,091.03 | 550.00 | | | 37,744.18 |
| 11. UTILITIES & TELEPHONE | 9,134.96 | 6,006.40 | 7,192.49 | 6,061.67 | | | 28,395.52 |
| 12. INSURANCE | 0.00 | 10,851.44 | 5,317.09 | 8,281.76 | | | 24,450.29 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | 377.57 | | | 340.45 | | | 718.02 |
| 15. TRAVEL & ENTERTAINMENT | 870.00 | 2,105.20 | 111.66 | 293.78 | | | 3,380.64 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 9,707.64 | 11,580.90 | 27,605.58 | 74,405.17 | | | 123,299.29 |
| 17. ADMINISTRATIVE & SELLING | 2,127.25 | 628.08 | 753.54 | 2,571.57 | | | 6,080.44 |
| 18. ADEQUATE PROTECTION PAYMENT(S) | | | | | | | 0.00 |
| 19. OTHER (attach list) | 15,872.85 | 15,216.02 | 24,167.29 | 30,151.74 | | | 85,407.90 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 41,074.44 | 62,528.72 | 83,251.63 | 136,356.14 | 0.00 | 0.00 | 323,210.93 |
| 20. PROFESSIONAL FEES | | | 9,600.00 | | | | 9,600.00 |
| 21. U.S. TRUSTEE FEES | | | | 975.00 | | | 975.00 |
| 22. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 41,074.44 | 62,528.72 | 92,851.63 | 137,331.14 | 0.00 | 0.00 | 333,785.93 |
| 23. NET CASH FLOW | 58,670.67 | 46,154.31 | 29,854.81 | -60,076.46 | | | 74,603.33 |
| 24. CASH - END OF MONTH (MOR-2) | $44,415.35 | $90,569.66 | $120,424.47 | $60,348.01 | $60,348.01 | | $60,348.01 |

*Applies to individual debtors only
**Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

Revised 11/08/05

CASE NAME: Rawhide Operating, Inc.
CASE NUMBER: 09-53953-lmc-11

## CASH ACCOUNT RECONCILIATION
### MONTH OF _____ January-10

| BANK NAME | Int. Bank of Commerce | Wells Fargo | Wells Fargo | Wells Fargo | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #15926 | #7581 | #8084 | #2920 | |
| ACCOUNT TYPE | OPERATING | PRODUCTION | BUILDING | MMA | TOTAL |
| BANK BALANCE | 65,179.52 | 3,534.75 | 5,713.09 | 221.06 | $74,648.42 |
| DEPOSITS IN TRANSIT | | | | | $0.00 |
| OUTSTANDING CHECKS | 6,038.29 | 3,122.52 | 5,139.60 | | $14,300.41 |
| ADJUSTED BANK BALANCE | $59,141.23 | $412.23 | $573.49 | $221.06 | $60,348.01 |
| BEGINNING CASH - PER BOOKS | 118,185.83 | 368.46 | 1,643.20 | 227.04 | $120,424.53 |
| RECEIPTS* | 101,801.83 | | 1,945.00 | 0.02 | $103,746.85 |
| TRANSFERS BETWEEN ACCOUNTS | -19,826.98 | 14,600.00 | 5,226.98 | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | -12,000.00 | | | | ($12,000.00) |
| CHECKS/OTHER DISBURSEMENTS* | 129,019.45 | 14,556.23 | 8,241.69 | 6.00 | $151,823.37 |
| ENDING CASH - PER BOOKS | $59,141.23 | $412.23 | $573.49 | $221.06 | $60,348.01 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

Revised 11/08/05

CASE NAME: Rawhide Operating, Inc.
CASE NUMBER: 09-53953-lmc-11

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH Oct-09 | MONTH 9-Nov | MONTH 9-Dec | MONTH 10-Jan | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | 0.00 | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |

| PROFESSIONALS | MONTH Oct-09 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | 0.00 | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |

MOR-9

Revised 11/08/05